MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE  Sanket Bulsara          DATE: 1/31/2023

DOCKET NUMBER: 21 CR 379 (AMD)   LOG # 3:03-3:33 ; 3:50-4:00
transcript sealed.

DEFENDANT'S NAME: John Doe
✓ Present   ___ Not Present   ___ Custody   ✓ Bail

DEFENSE COUNSEL: Gerald DiChiara
___ Federal Defender   ✓ CJA   ___ Retained

A.U.S.A: Jessica Weigel          CLERK: SM Yuen

(Language)

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

✓ BAIL HEARING Held.  →violation      ___ Defendant's first appearance.

___ Bond set at _____ Defendant ___ released ___ held pending satisfaction of bond conditions.

___ Defendant advised of bond conditions set by the Court and signed the bond.

___ Surety(ies) sworn, advised of bond obligations by the Court and signed bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered.  Start_____  Stop_____

___ Medical memo issued.

___ Defendant failed to appear; bench warrant issued.

___ Status conference set for _____ @ _____

Other Rulings: Gov't seeking remand of the defendant.
Court denied gov't request detention for the next 24 hrs.
Gov't appealing Judge Bulsara's decision to Judge Donnelly.